IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **RICKEY MITCHELL LaBLUE,** | 3:12-CV-00763 RE |
| Plaintiff, | **ORDER** |
| v. | |
| **CAROLYN W. COLVIN,** Acting Commissioner of Social Security, | |
| Defendant. | |

Attorney fees in the amount of $10,000.00 are hereby awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Costs are awarded in the amount of $805.00 pursuant to 28 U.S.C. § 1920. Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Tim Wilborn, P.O. Box 370578, Las Vegas, NV 89137. In accordance with the fee agreement signed by

Plaintiff, payment shall be made in Tim Wilborn's name if no debt subject to offset exists.

IT IS SO ORDERED.

Dated this 26th day of January, 2015.

_____
James A. Redden
United States District Judge

ORDER- Page 1